UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. _____ |
| | ) | 29 U.S.C. § 439(c) |
| EDWARD DUPREE | ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

1. At all times material to this Indictment, the International Guards Union of America Local 138 was a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(I) and 402(j) of Title 29, United States Code.

2. Between on or about August 21, 2001 and on or about April 8, 2002, in the Middle District of Tennessee, **EDWARD DUPREE**, did willfully make and cause to be made a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is, financial records of banking transactions, a record on matters required to be reported in the annual financial report of the International Guards Union of America Local 138 required to be filed with the Secretary of Labor.

In violation of Title 29, United States Code, Section 439(c).

A TRUE BILL

_____
FOREPERSON

_____
JAMES K. VINES
UNITED STATES ATTORNEY